**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | Case No.: 19CR01402-CAB |
|---|---|
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT TO DISMISS INFORMATION WITHOUT PREJUDICE** |
| ISMAEL GARCIA-CORTEZ, | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

IT IS ORDERED that the Information in Criminal Case No. 19CR01402-CAB against defendant ISMAEL GARCIA-CORTEZ is hereby dismissed without prejudice.

IT IS FURTHER ORDERED the appearance bond posted for the defendant is exonerated.

IT IS SO ORDERED.

DATED: May 10, 2019

Hon. Cathy Ann Bencivengo
United States District Judge